EOD 2-22-00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT
00 FEB 22 AM 8:12

| | | |
|---|---|---|
| HARROLD E. (GENE) WRIGHT<br>AND DON KENNARD,<br><br>Relators,<br><br>BRINGING THIS ACTION<br>ON BEHALF OF THE<br>UNITED STATES OF AMERICA<br><br>c/o J. Michael Bradford<br>United States Attorney for<br>the Eastern District of Texas<br>350 Magnolia Avenue, Ste. 350<br>Beaumont, Texas 77701<br><br>and<br><br>c/o Janet Reno<br>Attorney General of the<br>U.S. Department of Justice<br>10th & Constitution Ave. N.W.<br>Washington, D.C. 20530<br><br>Plaintiffs,<br><br>VS.<br><br>SINCLAIR OIL CORPORATION,<br>U.S. OIL AND REFINING COMPANY,<br>HERMES CONSOLIDATED, INC.,<br>AND ITS WYOMING REFINING<br>COMPANY DIVISION<br>CALCASIEU REFINING COMPANY,<br>BIG WEST OIL COMPANY,<br>BARRETT REFINING CORPORATION<br>GARY-WILLIAMS ENERGY CORP.,<br>GARY ENERGY CORPORATION,<br>GIANT INDUSTRIES ARIZONA, INC.<br>GOLD LINE REFINING, LTD.,<br>PLACID REFINING COMPANY,<br>AGE REFINING, INC., AND<br>LL&E PETROLEUM MARKETING, INC.<br><br>Defendants | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | ORDER OF DISMISSAL<br><br>Date Received: _____<br><br><br>JUDGE JOHN HANNAH, JR.<br>U.S. District Court<br><br><br><br>CIVIL ACTION NO. 9:98CV253 |

17

## ORDER OF DISMISSAL

On this day came to considered Relators Wright and Kennard's Motion to Dismiss in the above-entitled and numbered cause, and the Court, having considered the same, finds that the same should be granted. Accordingly,

IT IS ORDERED that the above-entitled and cause should be and is hereby dismissed without prejudice.

SO ORDERED.

Signed this 18th day of February, 2000.

*John Hannah, Jr.*
JUDGE PRESIDING